IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY F. MCDONALD,<br>    Petitioner, | )<br>)<br>) |
| vs. | )    Civil Action No. 11-1072 |
| DEALAWARE COUNTY COURT OF<br>COMMON PLEAS, et al.,<br>    Respondents. | )<br>)<br>)<br>) |

### ORDER

AND NOW, this 20th day of September, 2011, after the petitioner, Harry F. McDonald, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 5), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Harry F. McDonald (Docket No. 1) is transferred to the United States District Court for the Eastern District of Pennsylvania forthwith.

                                                                  _____
                                                                  Arthur J. Schwab
                                                                  United States District Judge

cc:    Harry F McDonald
         JY-4454
         801 Butler Pike
         Mercer, PA 16137